IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GINA GARZA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:23-cv-03509 |
| RYAN WILLIAMS, | § | |
| | § | |
| *Defendant.* | § | JURY REQUESTED |
| | § | |

## STIPULATION

Comes Not Plaintiff GINA GARZA and Defendant RYAN WILLIAMS before commencement of trial and hereby make the following stipulations:

1. For purposes of these stipulations "occurrence in question" is defined as the incident hat occurred on Jume 29, 2021, when Defendant Ryan Williams ran a red light and struck Plaintiff Gina Garza's vehicle.

2. The jury shall be instructed that Plaintiff Gina Garza's expenses for the treatment provided in the following medical records was reasonable:

    a. Glenn J. Bricken & Associates
    b. HCA Houston Healthcare Northwest
    c. Houston Medical Imaging
    d. Minivasive Pain & Orthopedics
    e. Next Level Urgent Care
    f. Select Physical Therapy
    g. Townsen Memorial Imaging Katy

3. The following medical records and diagnostic imaging studies shall be admitted into evidence subject to redaction for references to personal identifying information insurance, alleged guarantors, billing responsibilities, and billing and payment:

    a. Glenn J. Bricken & Associates
    b. HCA Houston Healthcare Northwest
    c. Houston Medical Imaging

    d. Minivasive Pain & Orthopedics
    e. Next Level Urgent Care
    f. Select Physical Therapy
    g. Townsen Memorial Imaging Katy

4. The final judgment, if any, shall include an amount for the element of damages of reasonable and necessary past medical expenses of $29,312.43 that was the result of and proximately caused by the occurrence in question. This amount of past medical is agreed and shall not be submitted to the jury.

                Respectfully submitted,

BY:    */s/ Rolando de la Garza*
        **ROLANDO DE LA GARZA**
        Texas Bar No. 24097579
        E-mail: rolando@cainfirm.com
        **W. BRETT CAIN**
        Texas Bar No. 24048379
        E-mail: brett@cainfirm.com

        **THE CAIN LAW FIRM, P.C.**
        301 Commerce Street, Suite 2395
        Ft. Worth, TX 76102
        Telephone: (817) 577-7777
        Facsimile: (817) 573-4848
        E-Service: eservice@cainfirm.com
        **ATTORNEYS FOR PLAINTIFF**


/**S**/ Richard Morrison
_____

**NICK LANZA**
TBA No. 11941225
Federal Bar No. 11333
**RICHARD MORRISON**
TBA 00795027
Federal Bar No. 21190
2502 Algerian Way
Houston, Texas 77098
eservice@lanzalawfirm.com
(713) 432-9090 Telephone
(713) 668-6417 Facsimile
**ATTORNEYS FOR DEFENDANT RYAN WILLIAMS**

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this document was sent to all known counsel of record pursuant to the Federal Rules of Civil Procedure on the 9th day of December 2024.

                                                    /S/ Richard Morrison
                                                    Richard Morrison

Willem VanZeben
Rolondo De Le Garza
W. Brett Cain
THE CAIN LAW FIRM, PC
301 Commerce St., Ste. 2395
Ft. Worth, TX 76102
Tel: (682) 738-4691
Fax: (817) 573-4848

Leigh M. Lewis
Walters Balido & Crain, L.L.P.
2500 Tanglewilde, Ste. 450
Houston, Texas 77063
Tel: (713) 832-1500